*190081*

*nung 6/3/10*

*KLH*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: ___Justin & Corri Berg_____

Chapter 7 Case No. ___09-60948_____

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Hawley Co-op Elevator<br>PO Box 910<br>Fargo, ND  58107 | 2 | $392.80 | $2.94 |
| MeritCare<br>PO Box 2168<br>Fargo, ND  58107 | 3 | $261.00 | $1.95 |
| Department of Social Services<br>DSS-ORFI<br>700 Governors Drive<br>Pierre, SD  57501 | 5 | $238.00 | $1.78 |
| Regional Medical Clinic<br>PO Box 3450<br>Rapid City, SD  57709-3450 | 10 | $30.00 | .22 |
| Chase Bank<br>PO Box 740933<br>Dallas, TX  75374 | 12 | $513.26 | $3.83 |
| Chase Bank<br>PO Box 740933<br>Dallas, TX  75374 | 13 | 394.29 | 2.94 |

= 13.66

Date: June 1, 2010

/e/ Gene W. Doeling_____
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757

